## UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

March 26, 2025

_____

RESPONSE REQUESTED

_____

No.   25-1281,          <u>American Association of Colleges v. Linda McMahon</u>
                        1:25-cv-00702-JRR

TO:   The Maryland Association of Colleges for Teacher Education
      American Association of Colleges for Teacher Education
      National Center for Teacher Residencies

RESPONSE DUE: 04/02/2025

Response is required to the motion for stay pending appeal on or before 04/02/2025.

Jeffrey S. Neal, Deputy Clerk
804-916-2702