FILED: April 1, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 25-1281
(1:25-cv-00702-JRR)
_____

AMERICAN ASSOCIATION OF COLLEGES FOR TEACHER EDUCATION; NATIONAL CENTER FOR TEACHER RESIDENCIES; THE MARYLAND ASSOCIATION OF COLLEGES FOR TEACHER EDUCATION

      Plaintiffs - Appellees

v.

LINDA MCMAHON, Secretary of Education; UNITED STATES DEPARTMENT OF EDUCATION; DONALD J. TRUMP, in his official capacity as President of the United States

      Defendants - Appellants

_____

O R D E R
_____

Upon consideration of the submissions relative to appellees' motion for abeyance, the court denies the motion.

For the Court

/s/ Nwamaka Anowi, Clerk