UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 25-1281
(1:25-cv-00702-JRR)

_____

AMERICAN ASSOCIATION OF COLLEGES FOR TEACHER EDUCATION; NATIONAL CENTER FOR TEACHER RESIDENCIES; THE MARYLAND ASSOCIATION OF COLLEGES FOR TEACHER EDUCATION

    Plaintiffs - Appellees

v.

LINDA MCMAHON, Secretary of Education; UNITED STATES DEPARTMENT OF EDUCATION; DONALD J. TRUMP, in his official capacity as President of the United States

    Defendants – Appellants.

_____

O R D E R
_____

Upon consideration of the National Center for Learning Disabilities' unopposed motion for leave to file an amicus curiae brief in opposition to the motion for stay pending appeal, the court grants the motion.

    For the Court

    /s/ Nwamaka Anowi, Clerk