# UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
## DOCKETING STATEMENT--CIVIL/AGENCY CASES

**Directions:** Counsel must make a **docketing statement (civil/agency) filed** entry in CM/ECF within 14 days of docketing of the appeal, or within the due date set by the clerk's docketing notice, whichever is later. File with the entry the (1) docketing statement form with any extended answers and (2) any transcript order form. Parties proceeding pro se are not required to file a docketing statement. Opposing counsel who finds a docketing statement inaccurate or incomplete may file any objections within 10 days of service of the docketing statement using the ECF event-**docketing statement objection/correction filed**.

| | |
|---|---|
| **Appeal No. & Caption** | No. 25-1281, AACTE, et al., v. McMahon, et al. |
| **Originating No. & Caption** | No. 25-cv-702, AACTE, et al., v. McMahon, et al. |
| **Originating Court/Agency** | District of Maryland |

| **Jurisdiction** (answer any that apply) | |
|---|---|
| Statute establishing jurisdiction in Court of Appeals | 28 U.S.C. § 1292(a)(1) |
| Time allowed for filing in Court of Appeals | 60 days under FRAP 4(a)(1)(B) |
| Date of entry of order or judgment appealed | 3/17/2025 |
| Date notice of appeal or petition for review filed | 3/21/2025 |
| If cross appeal, date first appeal filed | |
| Date of filing any post-judgment motion | |
| Date order entered disposing of any post-judgment motion | |
| Date of filing any motion to extend appeal period | |
| Time for filing appeal extended to | |
| Is appeal from final judgment or order? | ○ Yes    ⦿ No |
| If appeal is not from final judgment, why is order appealable? Preliminary injunction | |

| **Settlement** (The docketing statement is used by the circuit mediator in pre-briefing review and mediation conducted under Local Rule 33. Counsel may make a confidential request for mediation by calling the Office of the Circuit Mediator at 843-731-9099.) | | |
|---|---|---|
| Is settlement being discussed? | ○ Yes | ⦿ No |

| **Transcript** (transcript order must be attached if transcript is needed and not yet on file) | | |
|---|---|---|
| Is transcript needed for this appeal? | ● Yes | ○ No |
| Has transcript been filed in district court? | ● Yes | ○ No |
| Is transcript order attached? | ○ Yes | ● No |

| **Case Handling Requirements** (answer any that apply) | | |
|---|---|---|
| Case number of any prior appeal in same case | | |
| Case number of any pending appeal in same case | | |
| Identification of any case pending in this Court or Supreme Court raising similar issue | Dep't of Ed. v. Cal., No. 24A910 (S.Ct.) | |
| | If abeyance or consolidation is warranted, counsel must file an appropriate motion. | |
| Is expedited disposition necessary? | ○ Yes | ● No |
| | If yes, motion to expedite must be filed. | |
| Is oral argument necessary? | ● Yes | ○ No |
| Does case involve question of first impression? | ● Yes | ○ No |
| Does appeal challenge constitutionality of federal or state statute in case to which federal or state government is not a party | ○ Yes | ● No |
| | If yes, notice re: challenge to constitutionality of law must be filed. | |

| **Nature of Case** (Nature of case and disposition below. Attach additional page if necessary.) |
|---|
| Plaintiffs (three organizations whose members train teachers) challenge the decision by the Department of Education to terminate certain grants held by members of plaintiffs.<br><br>Plaintiffs allege that the terminations violated the Administrative Procedure Act. On March 17, 2025, the district court granted a preliminary injunction that ordered the Department of Education to reinstate the canceled grants and prohibited the re-termination of such grants. |

| **Issues** (Non-binding statement of issues on appeal.  Attach additional page if necessary) |
|---|
| 1) Whether the district court had jurisdiction over plaintiffs' claims.<br><br>2) Whether the plaintiffs are likely to prevail on their claims that the grant terminations violated the Administrative Procedure Act.<br><br>3) Whether the other factors for a preliminary injunction are satisfied.<br><br>4) Whether the district court's preliminary injunction is overbroad. |

| **Adverse Parties** (List adverse parties to this appeal and their attorneys; provide party's address if the party is not represented by counsel.  Attach additional page if necessary.) ||
|---|---|
| Adverse Party: **See attached**<br><br>Attorney:<br>Address:<br><br><br><br>E-mail:<br><br>Phone: | Adverse Party:<br><br>Attorney:<br>Address:<br><br><br><br>E-mail:<br><br>Phone: |
| **Adverse Parties (continued)** ||
| Adverse Party:<br><br>Attorney:<br>Address:<br><br><br><br>E-mail:<br><br>Phone: | Adverse Party:<br><br>Attorney:<br>Address:<br><br><br><br>E-mail:<br><br>Phone: |

| **Appellant** (Attach additional page if necessary.) ||
| --- | --- |
| Name: See attached<br><br>Attorney:<br>Address:<br><br><br><br>E-mail:<br><br>Phone: | Name:<br><br>Attorney:<br>Address:<br><br><br><br>E-mail:<br><br>Phone: |
| **Appellant (continued)** ||
| Name:<br><br>Attorney:<br>Address:<br><br><br><br>E-mail:<br><br>Phone: | Name:<br><br>Attorney:<br>Address:<br><br><br><br>E-mail:<br><br>Phone: |

**Signature:** /s/Sean R. Janda       **Date:** 4/7/2025

**Counsel for:** Appellants

**Certificate of Service** *(required for parties served outside CM/ECF)*: I certify that this document was served on _____ by ☐ personal delivery; ☐ mail; ☐ third-party commercial carrier; or ☐ email (with written consent) on the following persons at the addresses or email addresses shown:

| | |
| --- | --- |
| | |

Signature:       Date:

**Adverse Parties**

Appellees *American Association of Colleges for Teacher Education; National Center for Teacher Residencies; and The Maryland Association of Colleges for Teacher Education* are represented by:

Carolyn M. Toll
SAUL EWING LLP
Centre Square West, 38th Floor
1500 Market Street
Philadelphia, PA 19102
215-972-8391
Email: Carolyn.Toll@saul.com

Joshua W. Richards
SAUL EWING LLP
Centre Square West, 38th Floor
1500 Market
Philadelphia, PA 19102
215-972-7737
Email: Joshua.Richards@saul.com

Daniel McDevitt Moore
SAUL EWING LLP
1001 Fleet Street, 9th Floor
Baltimore, MD 21202
410-332-8734
Email: Daniel.Moore@saul.com

**<u>Appellants</u>**

Appellants *Linda McMahon, in her official capacity as Secretary of Education; U.S. Department of Education; and Donald J. Trump, in his official capacity as President of the United States* are represented by:

Daniel Tenny
Sean R. Janda
Brian J. Springer
U.S. DEPARTMENT OF JUSTICE
950 Pennsylvania Avenue NW
Washington, D.C. 20530
202-514-1838
Email: Daniel.Tenny@usdoj.gov