No. 25-1281

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

American Association for Colleges for Teacher Education, *et al.*,

*Plaintiffs-Appellees*,

v.

U.S. Department of Education, *et al.*,

*Defendants-Appellants*.

On Appeal from the United States District Court
for the District of Maryland

## MOTION TO SUSPEND BRIEFING SCHEDULE AND RELATED DEADLINES

Defendants-appellants respectfully move, pursuant to Fed. R. App. P. 27 and Local Rule 27, to suspend the briefing schedule and all deadlines associated in this case in light of the recent motion by plaintiffs-appellees to set aside the preliminary injunction that is the subject of this appeal. Specifically, plaintiffs filed on April 27, 2025, a motion under Fed. R. Civ. P. 60(b) to dissolve the preliminary injunction and, under Fed. R. Civ. P. 62.1, for an indicative ruling from the district court that it would grant the Fed. R.

Civ. P. 60(b) motion if jurisdiction were remanded to it. The government will not oppose that motion. Accordingly, defendants respectfully request this court suspend the current briefing schedule (with the opening brief due May 5, 2025, the response brief due June 2, 2025, and a reply due twenty-one days later) pending the resolution of plaintiffs' district-court motion. We propose to file a status report within 30 days, in the absence of a procedural or dispositive motion before then. Plaintiffs join in this motion.

Respectfully submitted,

DANIEL TENNY

/s/ Sean R. Janda
SEAN R. JANDA
BRIAN J. SPRINGER
BENJAMIN C. WEI
   *Attorneys, Appellate Staff*
   *Civil Division, Room 7260*
   *U.S. Department of Justice*
   *950 Pennsylvania Avenue NW*
   *Washington, D.C. 20530*
   *(202) 514-3388*
   *sean.r.janda@usdoj.gov*

APRIL 2025

# CERTIFICATE OF COMPLIANCE

I hereby certify that the foregoing motion complies with the word limit of Federal Rule of Appellate Procedure 27(d)(2)(A) because the motion contains 172 words. The motion complies with the typeface and type-style requirements of Federal Rules of Appellate Procedure 27(d)(1)(E) and 32(a)(5) and (6) because it has been prepared using Microsoft Word 2016 in proportionally spaced 14-point CenturyExpd BT typeface.

                                                   */s/ Sean R. Janda*
                                                   SEAN R. JANDA

**CERTIFICATE OF SERVICE**

I hereby certify that on May 1, 2025, I electronically filed the foregoing motion with the Clerk of the Court for the United States Court of Appeals for the Fourth Circuit by using the appellate CM/ECF system. Participants in the case are registered CM/ECF users, and service will be accomplished by the appellate CM/ECF system.

*/s/ Sean R. Janda*
SEAN R. JANDA