UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 25-1281
(1:25-cv-00702-JRR)

_____

AMERICAN ASSOCIATION OF COLLEGES FOR TEACHER EDUCATION; NATIONAL CENTER FOR TEACHER RESIDENCIES; THE MARYLAND ASSOCIATION OF COLLEGES FOR TEACHER EDUCATION

 Plaintiffs - Appellees

v.

LINDA MCMAHON, Secretary of Education; UNITED STATES DEPARTMENT OF EDUCATION; DONALD J. TRUMP, in his official capacity as President of the United States

 Defendants - Appellants

------------------------------

NATIONAL CENTER FOR LEARNING DISABILITIES

 Amicus Supporting Appellee

_____

O R D E R

_____

Upon consideration of appellants' unopposed motion to suspend briefing

pending resolution of appellee's motion in district court to set aside the preliminary injunction, the court grants the motion.

Parties are to file a status report by June 4, 2025, and every 30 days thereafter, and shall immediately notify this court when the district court has ruled on the motion.

                                                        For the Court

                                                        <u>/s/ Nwamaka Anowi, Clerk</u>