IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

| | | |
|---|---|---|
| AMERICAN ASSOCIATION OF COLLEGES FOR TEACHER EDUCATION, *et al* | * * | |
| Plaintiffs-Appellees, | * | Appeal No: 25-1281 |
| v. | * | |
| LINDA MCMAHON, *et al* | * | |
| Defendants-Appellants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE

Plaintiffs/Appellees American Association of Colleges for Teacher Education, National Center for Teacher Residencies, and Maryland Association of Colleges for Teacher Education (collectively, "Appellees"), through their undersigned counsel, write pursuant to this Court's Order dated May 5, 2025 suspending the briefing schedule pending resolution of Appellees' motion in the United States District Court for the District of Maryland (the "District Court") to set aside the preliminary injunction. The District Court issued an Order on May 6, 2025 denying Appellees' Rule 60(b) Motion to Dissolve Preliminary Injunction and Request for Indicative Ruling Under Rule 62.1. A true and correct copy of the District Court's Order is attached hereto as Exhibit A. (U.S. District Court for the District of Maryland, Civil Action No. 1:25-cv-00702, ECF No. 52).

1

Dated: May 6, 2025                    Respectfully Submitted,


                                      */s/ Joshua W.B. Richards*
                                      Joshua W.B. Richards
                                      Carolyn M. Toll
                                      SAUL EWING LLP
                                      1500 Market Street, 38th Floor
                                      Philadelphia, Pennsylvania 19102
                                      Tel: (215) 972-7737
                                      joshua.richards@saul.com
                                      carolyn.toll@saul.com

                                      Daniel M. Moore
                                      SAUL EWING LLP
                                      1001 Fleet Street, Ninth Floor
                                      Baltimore, Maryland 21202-4359
                                      Telephone: (410) 332-8734
                                      Facsimile: (410) 332-8862
                                      daniel.moore@saul.com

                                      *Counsel for Appellees*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on May 6, 2025, a copy of the foregoing Notice and attached Exhibit was served the CM/ECF system upon all persons entitled to such service.

Date: May 6, 2025

Respectfully Submitted,

*/s/ Joshua W.B. Richards*
Joshua W.B. Richards
SAUL EWING LLP
1500 Market Street, 38th Floor
Philadelphia, Pennsylvania 19102
Tel: (215) 972-7737
Joshua.Richards@saul.com

*Counsel for Appellees*