# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

September 8, 2025

_____

RESPONSE REQUESTED - SIMILAR CASES

_____

No.   25-1281,   <u>American Association of Colleges v. Linda McMahon</u>
                 1:25-cv-00702-JRR

TO:   The Maryland Association of Colleges for Teacher Education
      United States Department of Education
      American Association of Colleges for Teacher Education
      National Center for Teacher Residencies
      Donald J. Trump
      Linda McMahon

RESPONSE DUE: 09/11/2025

Response is required to the notice requesting information regarding similar cases on or before 09/11/2025. Please use the following form to submit response: **[Response - Similar Cases](#)**, using the event: <u>RESPONSE/ANSWER (to Similar Case notice)</u>.

J. Neal, Deputy Clerk
804-916-2702