# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT
1100 East Main Street, Suite 501, Richmond, Virginia 23219

September 18, 2025

_____

## RULE 46 ADDITIONAL COPIES
_____

No.   25-1281,     American Association of Colleges v. Linda McMahon
                   1:25-cv-00702-JRR

**MUST BE RECEIVED IN CLERK'S OFFICE BY: 09/22/2025**

Counsel must file the copies indicated below by the due date shown. No ECF entry is required when filing paper copies. Send sealed **and** redacted versions of any brief requested. Send public **and** sealed volumes of any appendix requested. All paper copies must be **identical** as to cover, binding, page numbering, and other formatting, and must match the electronic copy. Noncompliance with the court's filing requirements may subject counsel to discipline pursuant to Local Rule 46(g).

| Document | No. of Copies | Required From: |
|---|---|---|
| Opening Brief | 4 | Appellant |
| Joint Appendix | 4 | Appellant |
| Response Brief | 4 | Appellee |
| Reply Brief | 4 | Appellant |
| Amicus Brief | 4 | Amicus |

/s/ NWAMAKA ANOWI, CLERK