FILED: October 8, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 25-1281
(1:25-cv-00702-JRR)

_____

AMERICAN ASSOCIATION OF COLLEGES FOR TEACHER EDUCATION; NATIONAL CENTER FOR TEACHER RESIDENCIES; THE MARYLAND ASSOCIATION OF COLLEGES FOR TEACHER EDUCATION

      Plaintiffs - Appellees

v.

LINDA MCMAHON, Secretary of Education; UNITED STATES DEPARTMENT OF EDUCATION; DONALD J. TRUMP, in his official capacity as President of the United States

      Defendants - Appellants

------------------------------

NATIONAL CENTER FOR LEARNING DISABILITIES

      Amicus Supporting Appellee

_____

O R D E R

_____

For reasons appearing to the court, this case is placed in abeyance pending a

decision by this court in *The Sustainability Institute v. Trump*, No. 25-1575 and *Solutions in Hometown Connections v. Noem*, No. 25-1640.

For the Court

/s/ Nwamaka Anowi, Clerk