# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

U.S. Department of Education, *et al.*,

Defendants-Appellants,

v.

American Association of Colleges for Teacher Education, *et al.*,

Plaintiffs-Appellees.

On Appeal from the United States District Court
for the District of Maryland

## ASSENTED TO MOTION TO DISMISS APPEAL BY
## DEFENDANTS-APPELLANTS

The parties have filed a stipulation of dismissal pursuant to

Federal Rule of Civil Procedure 41(a)(1)(A)(ii) of the district court

action, which dissolves the preliminary injunction that is the subject of

this appeal.  Dkt. No. 61.  Accordingly, pursuant to Federal Rule of

Appellate Procedure 42(b), defendants-appellants move to dismiss this

appeal with each party to bear its own costs.  Counsel for plaintiffs-

appellees has authorized us to state that plaintiffs-appellees assent to

this motion.

Respectfully submitted,

BRETT A. SHUMATE
  *Assistant Attorney General*

KELLY O. HAYES
  *United States Attorney*

DANIEL TENNY

 *s/ Benjamin C. Wei*

BENJAMIN C. WEI
  *Attorneys, Appellate Staff*
  *Civil Division, Room 7235*
  *U.S. Department of Justice*
  *950 Pennsylvania Avenue NW*
  *Washington, DC 20530*
  *(202) 616-2875*
  *benjamin.c.wei @usdoj.gov*

March 2026

# CERTIFICATE OF COMPLIANCE

This motion complies with the type-volume limit of Federal Rule of Appellate Procedure 27(d)(2) because it contains 73 words. This motion also complies with the typeface and type-style requirements of Federal Rule of Appellate Procedure 32(a)(5)-(6) because it was prepared using Word for Microsoft 365 in Century Schoolbook 14-point font, a proportionally spaced typeface.

*/s/*

Benjamin C. Wei

## CERTIFICATE OF SERVICE

I hereby certify that on March 19, 2026, I electronically filed the foregoing motion with the Clerk of the Court for the United States Court of Appeals for the Fourth Circuit by using the appellate CM/ECF system. Participants in the case are registered CM/ECF users, and service will be accomplished by the appellate CM/ECF system.

/s/
Benjamin C. Wei