FILED: March 19, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 25-1281
(1:25-cv-00702-JRR)

_____

AMERICAN ASSOCIATION OF COLLEGES FOR TEACHER EDUCATION;
NATIONAL CENTER FOR TEACHER RESIDENCIES; THE MARYLAND
ASSOCIATION OF COLLEGES FOR TEACHER EDUCATION

        Plaintiffs - Appellees

v.

LINDA MCMAHON, Secretary of Education; UNITED STATES
DEPARTMENT OF EDUCATION; DONALD J. TRUMP, in his official capacity
as President of the United States

        Defendants - Appellants

-------------------------------

NATIONAL CENTER FOR LEARNING DISABILITIES

        Amicus Supporting Appellee

_____

O R D E R

_____

Upon consideration of the stipulated motion to voluntarily dismiss, the court

dismisses this appeal, upon such terms as have been agreed to by the parties,

pursuant to Rule 42(b) of the Federal Rules of Appellate Procedure.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk